MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
mhall@lawhjc.com
JONATHAN A. RICH, ESQ.
Nevada Bar No. 015312
jrich@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Tel: (702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff*
*TRAVELERS INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS INSURANCE COMPANY, | CASE NO.  2:22-cv-00360 |
| Plaintiff, | |
| v. | |
| JULIO FERNANDEZ-GONZALEZ, an individual; ERRODYS CARRILLO-DIAZ, an individual; JORGE HERNANDEZ-ROQUE, an individual; KATHERIN VALDES-GARCIA, an individual; HERTZ CORPORATION, a Delaware corporation with its principal place of business in Florida; ESIS, INC. a Pennsylvania corporation with its principal place of business in Pennsylvania; AND DOES I – V and ROES VI – X, inclusive; | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Plaintiff TRAVELERS INSURANCE COMPANY, by and through its counsel of record, HALL JAFFE & CLAYTON, LLP, and Defendant JULIO FERNANDEZ-GONZALEZ, by and through his counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed WITHOUT PREJUDICE, and that each party bear its own attorney's fees and costs.

1

DATED this 19th day of April 2022.

HALL JAFFE & CLAYTON, LLP

*/s/ Jonathan A. Rich*
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
JONATHAN A. RICH, ESQ.
Nevada Bar No. 015312
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*
*Travelers Insurance Company*

DATED this 18th day of April 2022.

JESSE SBAIH & ASSOCIATES, LTD.

*/s/ Jesse M. Sbaih*
JESSE M. SBAIH, ESQ.
Nevada Bar No. 007898
INES OLEVIC-SALEH, ESQ.
Nevada Bar No. 011431
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Defendant Julio Fernandez Gonzalez*

**ORDER**

**IT IS SO ORDERED.**

The Clerk of Court shall close this case.

Dated this   18   day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

HALL, JAFFE & CLAYTON, LLP

*/s/ Jonathan A. Rich*
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Plaintiff*
*Travelers Insurance Company*

2

## Claudia Morrill

| | |
|---|---|
| **From:** | Jesse Sbaih <jsbaih@sbaihlaw.com> |
| **Sent:** | Monday, April 18, 2022 7:51 PM |
| **To:** | Jonathan A. Rich |
| **Cc:** | iolevic@sbaihlaw.com; Mike Hall; Erika Parker; Claudia Morrill; Ines |
| **Subject:** | Re: Fernandez-Gonzalez v. Travelers, et. al re: SAO to Dismiss Federal Court Action |
| **Attachments:** | SAO to Dismiss without Prejudice.pdf |

I hope all is well. You may affix my e-signature on the attached SAO.

Best regards,

Jesse M. Sbaih, Esq.

Sent from my iPhone

> On Apr 18, 2022, at 3:42 PM, Jonathan A. Rich <JRich@lawhjc.com> wrote:
>
> Good Afternoon Jesse,
>
> Thanks again for speaking with me earlier today. Attached is a proposed SAO to dismiss the federal court action. Please let me know if I may have permission to affix your e-signature to the SAO prior to submitting to the Court.
>
> Respectfully,
>
> Jonathan A. Rich, Esq.
> HALL JAFFE & CLAYTON, LLP
> 7425 Peak Drive
> Las Vegas, NV 89128
> Tel.: 702-316-4111
> Fax: 702-316-4114
> jrich@lawhjc.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

